# EXHIBIT 1








**AQUA GOLD fine touch Tappy Tok Tok**
Drug Delivery Device with low pain Micro Needle

**ReGenAf**
Functional Skin care Cosmetic Products

**Stlong**
Quasi-Drug, Hair product

Gallery — More  |  Video — More

 2017 미스코리아와…
 U-BioMed x …
 2017 피부 미용인…
 유바이오메드 TBC 8시 뉴스 대구 - 태…
 'Aqua Gold' news from a…

















24time will not be shown again. CLOSE

24time will not be shown again. CLOSE

k,태피톡톡 광고,리제네프

AQUAGOLD is available for EUROPE a
except KOREA and USA now

24time will not be shown ag

LOSE

Ce

U-BioM
innova
produc
We foc
Cosme

## AQUA GOLD fine touch Tappy Tok Tok

Drug Delivery Device with low pain Micro Needle

## ReGenAf

Functional Skin care Cosmetic Products

## Stlong

Quasi-Drug, Hair product

## Gallery

More

2017 미스코리아와...

U-BioMed x ...

2017 피부 미용인...

## Video

More

유바이오메드 TBC 8시 뉴스 대구 - 태...

'Aqua Gold' news from a...

24time will not be shown again. CLOSE

24time will not be shown again. CLOSE

k,태피톡톡 광고,리제네프

AQUAGOLD is available for EUROPE a
except KOREA and USA now

24time will not be shown ag

## AQUA GOLD fine touch Tappy Tok Tok

Drug Delivery Device with low pain Micro Needle

## ReGenAf

Functional Skin care Cosmetic Products

## Stlong

Quasi-Drug, Hair product

## Gallery

More

2017 미스코리아와...

U-BioMed x ...

2017 피부 미용인...

## Video

More

유바이오메드 TBC 8시 뉴스 대구 - 태...

'Aqua Gold' news from a...

전품목 All Product 정품 Certi.Data

Company | Private Label | Products | News & Video | Contact Us



AQUA GOLD fine touch
Tappy Tok Tok
Drug Delivery Device with low pain Micro Needle

ReGenAf
Functional Skin care Cosmetic Products

Stlong
Quasi-Drug, Hair product

Gallery — More

2017 미스코리아와...
U-BioMed x ...
2017 피부 미용인...

Video — More

NO IMAGE
(주)유바이오메드_TBC 굿데이프라이데이-...

The truth about AQUAGOL...



