```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,              :
                                            :
                        Plaintiff,          :
                                            :
         - against -                        :
                                            :
U-BIO MED, INC., et al.,                    :
                                            :
                        Defendants.         :
------------------------------------------------------------X
```

19 Civ. 03351 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 11, 2020, the Honorable Valerie E. Caproni, U.S.D.J., referred to me (1) determination of the exact amount of compensatory damages (including both Plaintiff's attorney's fees and costs, and Defendants' ill-gotten gains), and (2) in the event the deleted Instagram account cannot be recovered, whether the deletion was willful and whether additional sanctions should be imposed. Accordingly, by **September 1, 2020**, the parties shall file a joint letter setting forth their proposal for next steps, including any proposed discovery or briefing and the time period for same.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 18, 2020
         New York, New York

Copies transmitted to all counsel of record.