```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
AQUAVIT PHARMACEUTICALS, INC.,              :
:
                               Plaintiff,              :       19-CV-3351 (VEC)
:
                      -against-                        :           <u>ORDER</u>
:
U-BIO MED, INC., GLOBAL MEDI PRODUCTS,       :
and NYUN SHI EUM aka NYON-SIK EUM,           :
:
                               Defendants.           :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiff has moved for coercive sanctions against Defendants for failure to comply with this Court's order, which required Defendants to come into compliance with the Court's modified preliminary injunction order, no later than August 21, 2020; and

        WHEREAS the Court has previously referred the determination of an appropriate amount of compensatory damages to Magistrate Judge Lehrburger;

        IT IS HEREBY ORDERED that the motion for coercive sanctions is also referred to Judge Lehrburger, to be addressed in the same report and recommendation as the determination of compensatory sanctions.

**SO ORDERED.**

Date:  August 26, 2020                                     _____
         New York, New York                           **VALERIE CAPRONI**
                                                                    **United States District Judge**