Case 1:19-cv-03351-VEC-RWL   Document 192   Filed 09/01/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/01/2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AQUAVIT PHARMACEUTICALS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)  Case No. 1:19-cv-03351-VEC-RWL |
| U-BIO MED, INC.,<br>GLOBAL MEDI PRODUCTS, and<br>NYUN SHI EUM a/k/a NYEON-SIK EUM | )<br>)  **DEFAULT JUDGEMENT AGAINST**<br>)  **GLOBAL MEDI PRODUCTS**<br>) |
| Defendants. | )<br>) |

This action having been commenced on April 15, 2019 by filing of a Summons and Verified Complaint, and a copy of the Summons and Verified Complaint having been duly served upon defendant Global Medi Products on April 17, 2019 by (a) electronic mail at the three email addresses set forth in the April 15, 2019 Order, (b) by providing them a link to an online ShareSpace that contained the Summons and Verified Complaint, and (c) by Federal Express to 11409, B.I Center, Kyungpook National University, 80, Daehak-ro, Buk-gu, Daegu, Republic of Korea, and proof of service having been filed on May 9, 2019, and Global Medi Products not having appeared, answered the Verified Complaint, or otherwise moved with respect to the Verified Complaint herein, and the time for answering the Verified Complaint having expired, and an Order to Show Cause hearing was held on May 17, 2019 for which Global Medi Products did not appear, and for which prior notice was served on Global Medi Products by Federal Express at 11409, B.I Center, Kyungpook National University, 80, Daehak-ro, Buk-gu, Daegu, Republic of Korea, and a Motion for an Order to Show Cause why Default Judgement Should not be Entered Against Defendant Global Medi Products having been filed September 27, 2019, and for which

Global Medi Products was served by Federal Express on September 27, 2019 the papers filed in support of the motion along with a copy of the Summons and Verified Complaint, and the Court having issued an Order to Show Cause for Default Judgement on August 11, 2020, a copy of which having been duly served upon defendant Global Medi Products on August 13, 2020, by (a) electronic mail at the three email addresses set forth in the April 15, 2019 Order, (b) by providing them a link to an online drop box that contained the Summons, Verified Complaint and papers filed in support of the motion filed September 27, 2019, and (c) by Federal Express to 11409, B.I Center, Kyungpook National University, 80, Daehak-ro, Buk-gu, Daegu, Republic of Korea; and proof of service having been filed on August 18, 2020, and Global Medi Products having failed to file a response, and having not appeared at the Order to Show Cause hearing held on August 28, 2020, and good cause having been shown, based on the entire record in this action, it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff Aquavit Pharmaceuticals, Inc. ("Aquavit") have judgment against Global Medi Products pursuant to Rules 54(b) and 55(b) of the Federal Rules of Civil Procedure. Damages will be determined at the conclusion of the case against the remaining defendants.

Dated:  09/01/2020

_____
Honorable Valerie E. Caproni