```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,

                Plaintiff,

      - against -

U-BIO MED, INC., et al.,

               Defendants.
---------------------------------------------------------------X

19-CV-3351 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 4, 2020, the Court adopted the discovery and briefing plan proposed by the parties for determination of compensatory damages and potential sanctions. (Dkt. 195, 196.) By **December 2, 2020**, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2020
       New York, New York

Copies transmitted this date to all counsel of record.