USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
AQUAVIT PHARMACEUTICALS, INC.,

                               Plaintiff,                     19-CV-3351 (VEC)

                -against-                      <u>ORDER</u>

U-BIO MED, INC., GLOBAL MEDI PRODUCTS,
and NYUN SHI EUM aka NYON-SIK EUM,

                               Defendants.
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 11, 2020, the Court found that Plaintiff was entitled to compensatory sanctions and referred the determination of the exact amount of the sanctions to Magistrate Judge Lehrburger for a report and recommendation, Dkts. 180, 181;

      WHEREAS on August 26, 2020, Plaintiff filed a Motion for an Order to Show Cause why coercive sanctions should not be levied against Defendants, Dkt. 185;

      WHEREAS on August 26, 2020, the Court referred Plaintiff's Motion for Coercive Sanctions to Judge Lehrburger, to be addressed in the same report and recommendation as the determination of compensatory sanctions, Dkt. 186; and

      WHEREAS on December 7, 2020, Judge Lehrburger set a briefing schedule on the compensatory and coercive sanctions motions, with Plaintiff's opening papers due by January 11, 2021, Defendants' response in opposition due by February 1, 2021, and Plaintiff's reply in support due by February 8, 2021, Dkt. 203;

      IT IS HEREBY ORDERED that the motions for compensatory and coercive sanctions will be resolved based on the briefing ordered by Judge Lehrburger.

The Clerk of Court is respectfully directed to close the open motion at docket entry 185.

**SO ORDERED.**

Date: **December 11, 2020**
      **New York, New York**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**