

Nevrivy Patent Law Group P.L.L.C.  |  1000 Potomac St., NW, Suite 200  |  Washington, D.C. 20007
Phone: 202-650-6909  |  Fax: 202-965-1729  |  www.nevrivylaw.com

January 21, 2021

## LETTER REQUESTING AN EXTENSION OF TIME

*Via ECF*

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

Re:   Aquavit Pharmaceuticals, Inc. v. U-Bio Med, *et al.*, No. 19-CV-3351-VEC-RWL (S.D.N.Y.)

Dear Judge Lehrburger:

The Parties are requesting an extension of time to file the amended case schedule and discovery letter outlining any outstanding merits discovery issues.

The original deadline for filing the amended case schedule and discovery letter is January 21, 2021. The Parties seek a 1-day extension. There have been no previous requests for extensions.

Respectfully submitted,

Daniel J. Nevrivy

cc: Thomas J. Vetter (via ECF

SO ORDERED:
1/21/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE