# LUCAS & MERCANTI, LLP

*Attorneys*
**Donald C. Lucas**
**Michael N. Mercanti**
**Peter J. Phillips**
**Klaus P. Stoffel**
**Elizabeth Lee D'Amore**
**David J. Galluzzo**
**Steven D. Roth**
**Barry Evans**
**William J. Spatz**
**Alfred W. Froebrich**
**Laurence Manber, Ph.D.**
**Thomas J. Vetter**
**Jonathan E. Myers**
**Lindsay S. Adams**
**Albert B. Chen**
**Jonathan A. Tyler**
**Irving N. Feit**
**Eric S. Strum**
**Jay S. Pattumudi**

INTELLECTUAL PROPERTY LAW

**30 BROAD STREET**
**21st FLOOR**
**NEW YORK, NY 10004**

Telephone: 212-661-8000
Facsimile:  212-661-8002
Email: info@lmiplaw.com
www.lmiplaw.com

*Mailer's Information*
**Thomas J. Vetter**
212-661-8000 ext. 151
tvetter@lmiplaw.com

*Registered Patent Agents*
**Yun H. Choe, Ph.D.**
**Shintaro Yamada**

March 11, 2021

## LETTER MOTION
## REQUESTING LEAVE TO FILE SURREPLY

**VIA ECF**

The Honorable Robert W. Lehrburger
Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY   10007

    Re:    **Aquavit Pharmaceuticals, Inc. v. U-Bio Med, et al.**
              **Case No. 19-CV-3351-VEC-RWL**

Dear Judge Lehrburger:

    Defendants U-Bio Med, Inc. and Nyeon-Sik Eum respectfully request leave to file a Surreply in Opposition to Plaintiff's Motion for Sanctions [Docket 213].

    Good cause exists for granting leave because Plaintiff's Reply and related papers [Docket 232-234] introduces new allegations, arguments, documents and information, to which Defendants should have the opportunity to respond.

    Defendants' Surreply is being filed concurrently for consideration with this motion.

    Plaintiff has not been consulted concerning this motion.

                                                             Respectfully submitted,

                                                              Thomas J. Vetter (tv0364)

cc:  Daniel J. Nevrivy (via ECF)

{00537004 }