

Nevrivy Patent Law Group P.L.L.C.  |  1000 Potomac St., NW, Suite 200  |  Washington, D.C. 20007
Phone: 202-650-6909  |  Fax: 202-965-1729  |  www.nevrivylaw.com

March 29, 2021

**PLAINTIFF'S LETTER REQUESTING AN ADJOURNMENT**

*Via ECF*

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Aquavit Pharmaceuticals, Inc. v. U-Bio Med, *et al.*,
         No. 19-CV-3351-VEC-RWL (S.D.N.Y.)

Dear Judge Lehrburger:

  Plaintiff respectfully requests an adjournment of the hearing regarding the discovery and pre-motion conference scheduled for March 30, 2021 at 2:30 PM. Plaintiff respectfully requests a two week adjournment. There have been no previous requests for an adjournment.

  The reason for seeking an adjournment is because Plaintiff is in the process of retaining a new lead counsel. Defendants do not consent to an adjournment sought by Plaintiff.

            Respectfully submitted,

            Daniel J. Nevrivy

cc: Thomas J. Vetter (via ECF)