USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,

                        Plaintiff,

           - against -

U-BIO MED, INC., et al.

                      Defendants.
------------------------------------------------------------X

19-CV-3351 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on March 30, 2021:

1. New lead counsel for Plaintiff shall promptly file their appearance.

2. By **April 8, 2021**, the parties shall meet and confer and submit a proposed revised case schedule.

3. By **April 21, 2021**, the parties shall meet their outstanding document discovery obligations.

4. The parties' respective requests to file motions to modify the preliminary injunction are denied without prejudice to the parties' re-evaluation and re-application following completion and assessment of document production.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: March 30, 2021
       New York, New York

Copies transmitted this date to all counsel of record.