UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC., :
: 19-CV-3351 (VEC) (RWL)
Plaintiff, :
: **ORDER**
- against - :
:
U-BIO MED, INC., et al., :
:
Defendants. :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In support of its application for attorneys' fees in connection with Defendants' contempt, Plaintiff has submitted billing records from four law firms. The records for two of those firms – FisherBroyles, LLP, and Dowd Scheffel PLLC – contain redactions for block task entries that do not appear to be accounted for in the amounts claimed for those blocks. Accordingly, by **June 1, 2021**, Plaintiff shall submit by affidavit sufficient information for the Court to assess the fees incurred specifically for the contempt-related tasks performed by those two firms. Relatedly, Plaintiff has submitted evidence regarding the credentials and experience of the Nevrivy firm/attorneys, but has not submitted any similar information for the other three firms. Accordingly, by **June 1, 2021**, Plaintiff shall submit by affidavit sufficient information for the Court to assess the law firms and principal attorneys for whom Plaintiff seeks to recover fee expenditures.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/2021

Dated: May 18, 2021
New York, New York

Copies transmitted this date to all counsel of record.