UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,

                Plaintiff,

      - against -

U-BIO MED, INC., et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-3351 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Court has under consideration Plaintiff's omnibus motion for sanctions and requires updating and clarification of Defendants' trademark registrations for Aquagold marks. Specifically, the Court requests the following: For each country or jurisdiction for which Defendants own or owned trademark registrations for any mark incorporating the term "Aquagold," identify the country (or relevant jurisdiction), the mark, the type of mark, the class, the date registration issued, and, if relevant, the date any such registration was cancelled or otherwise rendered inoperative. The parties shall meet and confer as to the accuracy of the information and file a joint submission no later than **July 1, 2021**.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2021
       New York, New York

Copies transmitted this date to all counsel of record.