USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,

                Plaintiff,

        - against -

U-BIO MED, INC., et al.,

                Defendants.
-----------------------------------------------------------X

19-CV-3351 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By July 30, 2021, Defendants shall review their document production in its entirety for the purpose of distinguishing between documents that are Highly Confidential and those that are not. By August 5, 2021, Defendants shall produce new copies of any re-classified documents with the appropriate designation.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 16, 2021
       New York, New York

Copies transmitted this date to all counsel of record.