

Nevrivy Patent Law Group P.L.L.C.  |  1000 Potomac St., NW, Suite 200  |  Washington, D.C. 20007
Phone: 202-650-6909  |  Fax: 202-965-1729  |  www.nevrivylaw.com

September 9, 2021

## PLAINTIFF'S LETTER MOTION REQUESTING RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE HEARING

*Via ECF*

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

Re:  Aquavit Pharmaceuticals, Inc. v. U-Bio Med, *et al.*, No. 19-CV-3351-VEC-RWL (S.D.N.Y.)

Dear Judge Lehrburger:

The Court scheduled a case management conference hearing on September 16, 2021 at 9:30 AM.  Dkt. 300.

Plaintiff sincerely apologizes to the Court for this inconvenience, but the Plaintiff as well as its counsel, Ms. Bayles, are not accessible on that date and time owing to a pre-existing commitment.  The Plaintiff and its counsels are available on any other dates and times, for example, the afternoon of September 16, 2021 or the morning or afternoon of September 15 or 17, 2021.  Plaintiff respectfully requests for the Court to reschedule the hearing, if possible.

Plaintiff has conferred with Defendants regarding rescheduling the hearing and Defendants have no issues with changing the date or time of the hearing.

Respectfully submitted,

/s/ Jennifer Bayles

Jennifer Bayles

Daniel J. Nevrivy

The parties shall coordinate with the Deputy Clerk to schedule a new date.

SO ORDERED:
9/10/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

cc:  Thomas J. Vetter (via ECF)