```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,

                 Plaintiff,

      - against -

U-BIO MED, INC., et al.,

                 Defendants.
-------------------------------------------------------------X

19-CV-3351 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 16, 2021, the Court ordered that the parties could file supplemental briefs about contempt issues no later than October 14, 2021 and any responding briefs by October 28, 2021. (Dkt. 215.) The October 14, 2021 was extended to November 2, 2021, which necessarily extended, without expressly addressing, the responding deadline to November 16, 2021. (Dkt. 319.) On November 2, 2021, Plaintiff filed a supplemental brief and supporting affidavit. No response has been filed by Defendant. If Defendant wishes to file a response (of no more than 10 pages), it shall do so no later than **December 6, 2021**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2021
        New York, New York

Copies transmitted this date to all counsel of record.