USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/01/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AQUAVIT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U-BIO MED, INC., <br> GLOBAL MEDI PRODUCTS, and <br> NYUN SHI EUM a/k/a NYEON-SIK EUM <br><br> Defendants. | Case No. 1:19-cv-03351-VEC-RWL <br><br> **DEFAULT JUDGMENT AGAINST NYUN SHI EUM a/k/a NYEON-SIK EUM** |

This action having been commenced on April 15, 2019 by the filing of the Summons and Verified Complaint, a copy of the Summons and Verified Complaint having been duly served upon defendant Nyun Shi Eum a/k/a Nyeon-Sik Eum (a) on April 15, 2019 by electronic mail at the three email addresses set forth in the April 15, 2019 Order, (b) by providing defendant a link to an online ShareSpace that contained the Summons and Verified Complaint, and (c) on April 17, 2019 by Federal Express to 11409, B.I Center, Kyungpook National University, 80, Daehak-ro, Buk-gu, Daegu, Republic of Korea, and proof of service having been filed on May 9, 2019, and having failed to pay any coercive and compensatory sanctions imposed against him, and having failed to cure all violations of the modified preliminary injunction by the Court-ordered deadline of June 24, 2022, and a motion for an order to show cause why default judgment should not be entered against defendant Nyun Shi Eum a/k/a Nyeon-Sik Eum having been filed on September 29, 2022, and for which defendant was served by Federal Express on September 29, 2022 the papers filed in support of the motion, and the Court having issued an Order to Show Cause for Default Judgment on October 20, 2022, a copy of which having been duly served upon defendant Nyun Shi Eum

a/k/a Nyeon-Sik Eum (a) on October 21, 2022, by Federal Express to 149-6 Yulam-Ro, Dong-Gu (Medical Innovation Clust), Daegu 41059 South Korea, and (b) on October 26, 2022 by electronic mail at the three email addresses set forth in the April 15, 2019 Order, and by providing defendant Nyun Shi Eum a/k/a Nyeon-Sik Eum a link to an online drop box that contained the Summons, Verified Complaint and papers filed in support of the motion filed September 29, 2022; and proof of service having been filed on October 26, 2022, and Nyun Shi Eum a/k/a Nyeon-Sik Eum having failed to file a response, and having not appeared at the Order to Show Cause hearing held on November 1, 2022, and good cause having been shown, based on the entire record in this action, it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff Aquavit Pharmaceuticals, Inc. ("Aquavit") have judgment, as to liability with a later determination of damages, on Counts 1-7 of the Verified Complaint, against Nyun Shi Eum a/k/a Nyeon-Sik Eum pursuant to Rules 54(b) and 55(b) of the Federal Rules of Civil Procedure.

Dated:  11/01/2022

_____
Honorable Valerie E. Caproni