USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                        :

JACOBY DONNER, P.C.,                              :

                    Plaintiff,      :

                                                      :        19-CV-3351 (VEC)

            -against-                         :

                                                      :           ORDER

ARISTONE REALTY CAPITAL, LLC,      :

                    Defendant.     :

                                                      :
------------------------------------------------------------------- :
                                                        X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 21, 2022, Petitioner moved to compel Defendant Aristone Realty Capital, LLC, and nonparties Patrick McGrath, Mansfield Loan Acquisition LLC, and Castlestone Mansfield Inn, LLC, to respond to Petitioner's June 2, 2022, subpoenas, document requests, and interrogatories, in order to enforce a judgment issued in the Eastern District of Pennsylvania, Pl. Mot., Dkt. Pl. Mem., Dkt. 6 at 7;

       WHEREAS Respondent opposed this motion on August 5, 2022, Dkt. 11;

       WHEREAS parallel litigation regarding discovery to enforce the judgment is ongoing in the Eastern District of Pennsylvania, Pl. Mem. at 3;

       WHEREAS the Eastern District of Pennsylvania recently held Aristone Realty Capital, LLC and Patrick McGrath in contempt of Court and compelled Aristone Realty Capital, LLC and Patrick McGrath to provide "full and complete responses to all outstanding discovery," Order at 4, *Jacoby Donner, P.C. v. Aristone Realty Capital, LLC*, No. 17-CV-2206 (E.D.P.A. Oct. 17, 2022); and

       WHEREAS an order granting discovery in one jurisdiction reduces the need for discovery of the same materials from the same parties in another jurisdiction, *see Corp. of*

*Lloyd's v. Lloyd's U.S.*, 831 F.2d 33, 36 (2d Cir. 1987).

IT IS HEREBY ORDERED that by no later than **November 10, 2022**, Petitioner must submit a letter, not to exceed two single-spaced pages, regarding the impact of the Order in the Eastern District of Pennsylvania on the pending motion to compel. Respondent's response, not to exceed two single-spaced pages, is due no later than **November 18, 2022**.

**SO ORDERED.**

Date:  November 2, 2022
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**