```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,               :
                                             :    19-CV-3351 (VEC) (RWL)
                        Plaintiff,           :
                                             :
           - against -                       :    ORDER
                                             :
U-BIO MED, INC., et al.,                     :
                                             :
                        Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

1. The Court is scheduling an inquest hearing at which the Court will have questions for Dr. Rizzo and Ms. Chang, as well as counsel. Among other topics, the Court plans to inquire regarding assumptions that were made or are that implicit in the analysis of damages for both breach of contract and defamation, as well as regarding the evidence on which Aquavit's relies for the damages analyses.

2. By **January 13, 2023**, Aquavit's counsel shall file its submission, including billing and payment records and information about counsel's experience, in support of attorneys' fees for the entirety of the case.

3. Within three days of entry of the notice of date of the inquest hearing, Plaintiff's counsel shall serve this order and that notice upon Defendants by means previously approved by the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2022
New York, New York

Copies transmitted this date to all counsel of record.