```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AQUAVIT PHARMACEUTICALS, INC.,            :
                                          :
                         Plaintiff,       :    19-CV-3351 (VEC) (RWL)
                                          :
            - against -                   :    ORDER
                                          :
U-BIO MED, INC., et al.,                  :
                                          :
                         Defendants.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held an inquest hearing on January 25, 2023. At the hearing, Aquavit entered into evidence certain email correspondence as Inquest Exhibit 1. The Court attaches Inquest Exhibit 1 herein to ensure its appearance on the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1

# U-BioMed Inc.

수 신 자  AG Clinic, 리더스피부과, Skin Laser & Surgery Specialist, Gold Skin Care Center, Shafer Plastic Surgery, Werschler Aesthetics, Lupo Center for Aesthetic and General Dermatology, Dr. Steven Fagien, Skin b, Lovely, LovelySkin, New York Laser & Skin Care, Zadeh surgical, Timothy M. Greco, Washington Institute of Dermatologic Laser Surgery, The Skin and Vein Center, Ritacca Cosmetic Surgery & Medspa, Center For Facial Appearances, Center For Facial Appearances, San Francisco Plastic Surgery and Laser Center, Dr. Mark S. Nestor, skintastic, Skin Savvy RX

제 목  (주)아쿠아빗 파마수티컬(아쿠아빗 라이프 사이언스)의 (주)유바이오메드 기술도용 및 영업비밀 침해에 대한 분쟁 공지의 건

1. We wish you tremendous success in everything you do.
2. We (U-BioMed Inc.) announce a dispute with Aquavit Pharmaceutical Inc. by using our technique and trade secret without any permission.

  1) Announcement : Announcement of using technique and trade secret without permission.
  2) Contents
    - "Aquavit Pharmaceutical Inc." stole the technique and trade secret of the product "Aqua Gold Fine Touch" from U-BioMed Inc. and leakage the technique and trade secret to Hail Co., Ltd. who got the Medical device certification with the copied design and technique to manufacture and sell.

    - This is an obvious technique steal action, as law regulate "Unfair Competition Prevention and Trade secret Protection Act" it conform to "Trade Secret Protection Act", which will occur legal problems. U-BioMed Inc. will institute legal proceedings.

    - In this regard, if later on using "Aqua Gold fine Touch" of "Aquavit Pharmaceutical Inc." will accord a problem by legal action.

## U-BioMed Inc. President (seal)

| | | | |
|---|---|---|---|
| Person in Charge | Jin-Wook Lee | President | Nyeon-Sik Eum |
| Assistant | | | |
| Enforcement U-BioMed Inc. Date 8th April, 2016 | | Website | www.ubiomed.co.kr |

Address 149-6 Yuram-ro, Dong-gu, Daegu, KOREA, 41059

\<Evidence 1.\> Same appearance in Technical File

U-BioMed Inc. – Picture of KFDA and CE Certification Technical Document (2011)




Hail Co., Ltd. – Picture of KFDA Permission of Article (2015)





## &lt;Evidence 2.&gt; Instruction Manual Contents and Pictures of the Stolen Technical Documents.

### I-BioMed Inc. — Instruction Manual in CE technical file

*(text illegible)*

**Caution in usage**

*(text illegible)*



**After use**

*(text illegible)*

**How to store**

*(text illegible)*



### Hail Co., Ltd. — Picture of KFDA Permission of Article (2015)

사용방법

*(text illegible)*





*(text illegible)*